# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-3880

_____

Alan Lewis Doering

*Plaintiff - Appellant*

v.

Bill Hollenbeck, Sheriff

*Defendant - Appellee*

Jane Does, Head Nurse and Nurse located at Sebastian County Jail

*Defendant*

Officer John Devane; William Hayes, Dr.; Tim Grant; Director of Nurses Cindy Moore

*Defendants - Appellees*

Ana Bazar

*Defendant*

Officer John Schuch

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: June 27, 2017
Filed: June 30, 2017
[Unpublished]

———————

Before LOKEN, ARNOLD, and MURPHY, Circuit Judges.

———————

PER CURIAM.

Arkansas inmate Alan Lewis Doering appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action arising from his pretrial detention at the Sebastian County Detention Center. Upon de novo review of the record, we find no basis for overturning the district court's disposition of Mr. Doering's claims. See Cullor v. Baldwin, 830 F.3d 830, 836 (8th Cir. 2016) (in considering summary judgment, viewing record in light most favorable to non-moving party and drawing all reasonable inferences from it in his favor). The judgment of the district court is affirmed, but we amend the dismissal of the claims that the district court found had not been administratively exhausted, to be without prejudice. See 8th Cir. R. 47B.

————————————————

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.